People ex rel. Hazel Stanley, Appellee, v. Ray Hunsaker, Appellant.

opinion filed July 2, 1940. H. E. Skinner, for appellant; Walter J. Schuwerk, for appellee. Opinion by JUSTICE DADY. "Not to be published in full."